IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN KEY                                                                PLAINTIFF

v.                              No. 3:15-cv-245-DPM

WAL-MART STORES, INC.;
ADMINISTRATIVE COMMITTEE
OF WAL-MART STORES, INC.
ASSOCIATES HEALTH & WELFARE PLAN;
and SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.                                                           DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 December 2015